IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DAVID LEWIS,** | : |
|     **Plaintiff,** | : |
| **v.** | :   **CASE NO. 2:16-cv-00111** |
| **IDS PROPERTY CASUALTY INSURANCE CO,** *et al.* | : |
|     **Defendants.** | : |

## ORDER OF JUDGMENT

This matter comes before the Court on the Motion for Summary Judgment filed July 7, 2017 by Defendants IDS Property Casualty Insurance Co. and Ameriprise Insurance Co. ("the Ameriprise Defendants). Upon consideration of the entire record, including the pleadings and the exhibits attached thereto, the Court finds that it cannot be said that any genuine issues of material fact remain regarding the claims made in Plaintiff's Complaint against the Ameriprise Defendants. The Ameriprise Defendants' Motion for Summary Judgment regarding all of Plaintiff's claims against them is due to be, and is, **GRANTED** for the reasons set forth therein.

    **DONE** and **ORDERED** this the _____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE

{04085256.1}